IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JAY LLOYD HARRIS                                                                                                                PETITIONER

v.                                                              Case No. 6:21-cv-06137

DEXTER PAYNE, Director,
Arkansas Department of Correction                                                                              RESPONDENT

## ORDER

Now before the Court is the Report and Recommendation filed March 21, 2022, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 13). Petitioner proceeds *pro se* in this Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. After considering the petition (ECF No. 1) and the response filed in opposition (ECF No. 10), Judge Bryant recommends that the Petition be denied in its entirety and dismissed with prejudice. Judge Bryant further recommend that no Certificate of Appealability be issued in this matter.[1]

Petitioner filed his objections to the Report and Recommendation on July 9, 2021. (ECF No. 14). Upon review, Petitioner's objections offer no error of law or fact from which the Court finds it necessary to depart from the Report and Recommendation. Therefore, the Court adopts the Report and Recommendation (ECF No. 13) *in toto*. Accordingly, it is hereby **ORDERED** that the Petition for Writ of Habeas Corpus (ECF No. 1) is **DENIED** in its entirety and is **DISMISSED WITH PREJUDICE**. The Court declines to issue a Certificate of Appealability in this matter.

**IT IS SO ORDERED** this 12th day of April 2022.

/s/ *Robert T. Dawson*
**ROBERT T. DAWSON**
**SENIOR U.S. DISTRICT JUDGE**

---

[1] Judge Bryant also found that an evidentiary hearing was not necessary. (ECF No. 13 at 6).